No. 04-99-00349-CV



Michael Karl SHEFFIELD


Appellant



v.



The STATE of Texas,


Appellee



From the 57th Judicial District Court, Bexar County, Texas


Trial Court No. 98-CI-12227


Honorable David Berchelmann, Jr., Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Karen Angelini, Justice


Delivered and Filed: August 25, 1999


DISMISSED


 Appellant has filed a motion to dismiss this appeal. The motion is granted and this appeal
is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH